IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 06-cv-00668-MSK-MJW**

GERARD H. CASTILLO,

Plaintiff,

v.

UNITED PARCEL SERVICE,

Defendant.

## MINUTE ORDER VACATING SETTLEMENT CONFERENCE

Entered by Magistrate Judge Michael J. Watanabe

  It is hereby ORDERED that Defendant's Unopposed Motion to Vacate Settlement Conference and Certificate of Compliance with Local Rule 7.1 (docket no. 29) is GRANTED finding good cause shown.  The Settlement Conference set on December 5, 2006, at 1:30 a.m. is VACATED.  The parties may request a new settlement conference be set by motion.

Date:  December 1, 2006