IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 06-cv-00668-MSK-MJW**

GERARD H. CASTILLO,

Plaintiff,

v.

UNITED PARCEL SERVICE,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Motion to Compel Plaintiff's Discovery Responses and Deposition and for Costs and Certificate of Compliance with Fed. R. Civ. P. 37(a)(2)(A) and (B) and D.C.COLO.LCivR. 7.1 (docket no. 27) is GRANTED as follows. The Plaintiff has failed to file any response to this motion and this court deems the motion confessed. Plaintiff shall provide to Defendant his responses to Defendant's First Set of Interrogatories and Requests for Production of Documents on or before December 26, 2006. The parties shall forthwith meet and confer and reset Plaintiff's deposition. Failure of Plaintiff to meet and confer with Defendant's counsel and to reset his deposition may result in sanctions. Plaintiff shall appear for his deposition once it is reset. Each party shall pay their own attorney fees and costs for the subject motion and for Plaintiff's deposition that was originally set on November 8, 2006. Plaintiff is placed on notice that failure to comply with this minute order may subject Plaintiff to sanctions which may include a recommendation for dismissal of this case, attorney fees, costs and other expenses.

Date: December 12, 2006