IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 06-cv-00668-MSK-MJW**

GERARD H. CASTILLO,

Plaintiff,

v.

UNITED PARCEL SERVICE,

Defendant.

---

**MINUTE ORDER**

---

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiff's Motion for Extension of Time to Conduct Discovery (docket no. 37) is GRANTED finding good cause shown.  The discovery deadline is extended to April 23, 2007.  The deadline to file dispositive motions is extended to May 23, 2007.  The Rule 16 Scheduling Order is amended consistent with this minute order.

    It is FURTHER ORDERED that Defendant's Motion for Entry of Stipulated Protective Order (docket no. 40) is GRANTED.  The written stipulated protective order is APPROVED and made an Order of Court.

Date:  February 12, 2007