IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 06-cv-00668-MSK-MJW**

GERARD H. CASTILLO,

Plaintiff,

v.

UNITED PARCEL SERVICE,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

  It is hereby **ORDERED** that Defendant United Parcel Service's Second Motion to Compel Plaintiff's Discovery Responses and Deposition or, in the Alternative, for Recommendation of Dismissal, and Certificate of Compliance (docket no. 47) is **GRANTED IN PART AND DENIED IN PART**. The motion is **GRANTED** as to that portion of the motion seeking responses to discovery and the setting and taking of Plaintiff's deposition. The portion of the motion seeking a recommendation of dismissal is **DENIED WITHOUT PREJUDICE**.

  Pro Se litigants must "comply with the fundamental requirements of the Federal Rules of Civil and Appellate Procedure." ***Odgen v. San Juan County, 32 F.3d 452, 455 (10th Cir. 1994); Hickey v. (NFN) Van Austin et al., 1999 CJC.AR 5979***

  The fact that a party is appearing pro se does not relieve that individual from the obligation of complying with all applicable rules of the court. ***Colorado v. Carter, 678 F. Supp. 1484, 1490 (D. Colo. 1986); Hall v. Doering, 997 F. Supp. 1464, 1468 (D. Kan. 1998)*** (pro se plaintiffs are held to the same rules of procedure which apply to other litigants).

  It is not the proper function of the district court to assume the role of advocate for the pro se litigant. ***Gibson v. City of Cripple Creek, 48 F 3d 1231, (10th Cir. 1995).***

  It is **FURTHER ORDERED** that the Pro Se Plaintiff shall provide discovery responses Defendant's First Set of Interrogatories and Requests for Production of Documents on or before April 15, 2007. The Pro Se Plaintiff's failure to comply with this order may result in sanctions being imposed which may include a recommendation

2

for dismissal of his case.

It is **FURTHER ORDERED** that the Pro Se Plaintiff shall contact Defendant's counsel, Vivian M. Barrios, at 303-295-8028, within five (5) from the date of this order to set his deposition. The Pro Se Plaintiff's deposition shall be completed by the discovery cut-off date. The discovery cut off date is April 23, 2007. The Pro Se Plaintiff's failure to comply with this order may result in sanctions being imposed which may include a recommendation for dismissal of his case.

Date:  April 3, 2007